DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BANK OF AMERICA, N.A.,**
Appellant,

v.

**GENEVA THOMPSON, UNKOWN SPOUSE OF GENEVA THOMPSON, UNKNOWN TENANT #1,** and **UNKNOWN TENANT #2,**
Appellees.

No. 4D2022-3056

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Pole, Judge; L.T. Case No. CACE19006533.

Tricia J. Duthiers of Liebler, Gonzalez & Portuondo, Miami, for appellant.

Malcolm E. Harrison and Michelle Moore of the Law Office of Malcolm E. Harrison, P.A., Wellington, for appellee Geneva Thompson.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***